No. 480.  PATERSON PARCHMENT PAPER CO. *v.* INTERNATIONAL BROTHERHOOD OF PAPER MAKERS ET AL.  C. A. 3d Cir. Certiorari denied.  *George E. Beechwood* for petitioner.  *Warren Woods* for respondents. ▮

No. 484.  UNITED STATES *v.* R-B FREIGHT LINES, INC. Petition for writ of certiorari to the United States Motor Carrier Claims Commission denied.  *Solicitor General Perlman* for the United States.  *Clark M. Clifford* filed a brief for respondent stating that it acquiesces in the prayer of petitioner that the writ of certiorari be issued.

No. 516.  NATIONAL BELLAS HESS, INC. *v.* KALIS.  C. A. 8th Cir.  Certiorari denied.  *R. B. Caldwell, John W. Oliver* and *Herman A. Benjamin* for petitioner.  *Harry L. Jacobs* for respondent. ▮

No. 183, Misc.  SCHELL *v.* MISSOURI.  Supreme Court of Missouri.  Certiorari denied.  Petitioner *pro se.*  *J. E. Taylor,* Attorney General of Missouri, and *Gordon P. Weir* and *Samuel M. Watson,* Assistant Attorneys General, for respondent.

No. 223, Misc.  LEWIS ET AL. *v.* McDANIEL.  Supreme Court of Tennessee, Western Division.  Certiorari denied.  *Scott P. Fitzhugh* for petitioners.  *Harold R. Ratcliff* for respondent.

No. 234, Misc.  WHITEHEAD *v.* HENRY.  Court of Appeals of Georgia.  Certiorari denied.  *John A. Dunaway* for petitioner. ▮